

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00011-CV

**VICKI MCPHERSON AND TIMOTHY MCPHERSON,**

**Appellant**

 **v.**

**TEXAS FOREST SERVICE,**

**Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 13-001728-CV-85**

## O R D E R

This appeal was referred to mediation on July 31, 2014. The parties were ordered to confer and attempt to agree upon a mediator. We have received notice that the parties have been unable to agree upon a mediator. Accordingly, the Court assigns the Honorable Wanda Fowler as the mediator for this proceeding. Her address and contact number are as follows:

> 3 Riverway, Suite 600
> Houston, TX 77056-1948
> (713) 572-4321

All other provisions of the order referring the appeal to mediation, dated July 31, 2014, remain in effect, including that the mediation must occur within thirty days after the date of this Order assigning a mediator.

Texas Forest Service's objection to mediation is overruled.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Mediator assigned
Objection overruled
Order issued and filed September 4, 2014

